UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Bronx County Public Administrator, as Administrator of the Estate of Mariano Leonardo Victorian, deceased,

                      Plaintiff,

-against-

Metropolitan Trucking Group LLC and David Sweeley,

                      Defendants.

---

1:25-cv-00283 (SDA)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/5/2025

**STEWART D. AARON, United States Magistrate Judge:**

In accordance with the March 31, 2025 Case Management Plan, the parties were to file a joint letter regarding the status of discovery on May 30, 2025. (Case Mgmt. Plan, ECF No. 10, ¶ 13.) As of the date of this Order, and despite an email reminder from the Court, the parties have failed to do so. The parties shall file the joint status letter no later than Tuesday, June 10, 2025. The parties are reminded that failure to comply with Court Orders may result in the imposition of sanctions.

**SO ORDERED.**

Dated:      New York, New York
              June 5, 2025

_____
STEWART D. AARON
United States Magistrate Judge