**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Bronx County Public Administrator, as Administrator of the Estate of Mariano Leonardo Victorian, deceased,<br><br>                         **Plaintiff,**<br><br>        **-against-**<br><br>Metropolitan Trucking Group LLC and David Sweeley,<br><br>                        **Defendants.** | **1:25-cv-00283 (SDA)**<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

In accordance with the Court's October 21, 2025 Order, the parties were to file a joint letter regarding the status of discovery on December 2, 2025. (Mem. End., ECF No. 17.) As of the date of this Order, and despite an email reminder from the Court, the parties have failed to do so. The parties shall file the joint status letter no later than Wednesday, December 10, 2025. The parties are reminded that failure to comply with Court Orders may result in the imposition of sanctions.

**SO ORDERED.**

Dated:      New York, New York
              December 8, 2025

_____
STEWART D. AARON
United States Magistrate Judge