**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Bronx County Public Administrator, as Administrator of the Estate of Mariano Leonardo Victorian, deceased,** | **1:25-cv-00283 (SDA)** |
| **Plaintiff,** | **ORDER FOR** <u>**TELEPHONE CONFERENCE**</u> |
| **-against-** | |
| **Metropolitan Trucking Group LLC and David Sweeley,** | |
| **Defendants.** | |

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a telephone conference on Monday, December 22, 2025, at 2:00 p.m. to discuss the status of this action. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

**SO ORDERED.**

Dated:    New York, New York
          December 9, 2025

_____
STEWART D. AARON
United States Magistrate Judge